NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEOSPAN CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**PICTOMETRY INTERNATIONAL CORPORATION,**
*Defendant-Appellant.*

---

2012-1032

---

Appeal from the United States District Court for the District of Minnesota in Case No. 08-CV-0816.

---

**JUDGMENT**

---

JOSEPH P. TITTERINGTON, Dunlap Codding, P.C., of Oklahoma City, Oklahoma, argued for plaintiff-appellee. With him on the brief were DOUGLAS J. SOROCCO and D. WARD HOBSON.

GRANT D. FAIRBAIRN, Fredrikson & Bryson, P.A., of Minneapolis, Minnesota, argued for defendant-appellant. With him on the brief were DARREN B. SCHWIEBERT and KURT J. NIEDERLUECKE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| May 29, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |